IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JSCD 2521 FRANKFORD, LLC, JORDAN CLAFFEY, and EMILY CLAFFEY<br><br>Plaintiff<br><br>v.<br>BACKCOURT BUILDERS LLC D/B/A FULL COURT DEVELOPMENT, ARON COHEN, and BRYAN COHEN<br>Defendants | No. 2:22-cv-03135-MSG<br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

### STIPULATION OF DISMISSAL

TO THE CLERK:

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), please mark the above-referenced matter dismissed with prejudice subject to the parties' ADR agreement.

Respectfully submitted,

Dated: October 3, 2022

*/s/ Walter S. Zimolong*
WALTER S. ZIMOLONG III, ESQUIRE
JAMES J. FITZPATRICK III, ESQUIRE
Zimolong, LLC
Attorney I.D. 89151
wally@zimolonglaw.com
PO Box 552
Villanova, PA 19085-0552
Tele: 215-665-0842

1